JOHN C. BUNKER, PLAINTIFF IN ERROR, V. STATE NATIONAL BANK, DEFENDANT IN ERROR.

Justices of Peace: JURISDICTION. In an action on a promissory note a justice of the peace has jurisdiction to the amount of $200.

ERROR to the district court for Gage county. Tried below before BROADY, J.

*Griggs & Dobbs*, for plaintiff in error.

*A. H. Babcock* and *Brown & Ryan Bros.*, for defendant in error.

MAXWELL, J.

The only question presented by the record is, whether or not a justice of the peace has jurisdiction in an action on a promissory note to render judgment for a sum in excess of $100 but not to exceed $200. The question was very fully considered in *Bullock v. Jordan*, 15 Neb., 665, the different sections of the statute compared, and it was held that the jurisdiction extended to $200. To the same effect is *Burton v. Manning*, 15 Neb., 669. We adhere to those decisions, and they are decisive in this case. The action in *Fletcher v. Daugherty*, 13 Neb., 224, was commenced before the change in the statute took effect, and that decision has no application to this case. There is no error in the record and the judgment is affirmed.

JUDGMENT AFFIRMED.

THE other judges concur.